**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01173-CV

**DENA JOHNSON, Appellant**

**V.**

**CITIBANK (SOUTH DAKOTA) NA, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-02409**

## ORDER

The Court **REINSTATES** the appeal.

This appeal has been pending since August 2, 2011. The appeal was abated on February 23, 2012 due to the filing of bankruptcy by appellant. In response to our letter inquiring about the status of the bankruptcy proceedings, on September 4, 2013, we received a letter from appellant's counsel stating that the bankruptcy proceeding was discharged on May 7, 2012. Counsel attached the bankruptcy court's order to the letter. On October 24, 2013, the Court sent appellant a letter directing appellant to file a motion to reinstate the appeal within ten days. To date, appellant has not responded.

At the time the appeal was abated, appellant's brief had been filed, but appellee's brief had not been filed. Accordingly, we **ORDER** appellant to file, within **TEN DAYS** of

the date of this order, either a motion to dismiss the appeal or a motion to maintain the appeal explaining why it should be retained on the Court's docket. No extensions will be granted. If the Court does not receive appellant's motion within the time specified, we will, without further notice, dismiss the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ELIZABETH LANG-MIERS
          JUSTICE